AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

ALEKSANDER ALEKSOV
DOB:
PDID:
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JANUARY 28, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendants did, (Track Statutory Language of Offense)

**knowingly and willfully threaten to kill and inflict bodily harm upon United States President George W. Bush, by stating that he wanted to kill the president.**

in violation of Title __18__ United States Code, Section(s) __871__ .

I further state that I am __OFFICER ANDREW BRIXUS__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER ANDREW BRIXUS**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

Date _____   at   Washington, D.C.
                                              City and State

_____        _____
Name & Title of Judicial Officer       Signature of Judicial Officer

**STATEMENT OF FACTS**

      On January 28, 2008, at approximately 1:40 pm, the defendant approached two uniformed Secret Service officers (Andrew Brixus and Bryan Proven) at 1600 Pennsylvania Avenue, N.W., Washington, D.C. walking along the sidewalk north of the White House. He was carrying a small travel suitcase. He asked the officers if they were Secret Service. They advised that they were. The defendant then stated, "I want to kill the president." He then tried to walk away. The officers approached the defendant and asked what it was that he said. He repeated, "I want to kill the president." He was placed in handcuffs. A search of his suitcase revealed a small pairing knife, a laptop, clothing, and other personal effects.

 

_____
OFFICER ANDREW BRIXUS
UNITED STATES SECRET SERVICE


SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_ DAY OF JANUARY, 2008.


_____
U.S. MAGISTRATE JUDGE