UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br>ALEKSANDER ALEKSOV, )<br>Defendant. )<br>) | CR. No. 08-mj-00057 (AK) |

**FILED**
FEB 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

Upon consideration of matters that arose at a forensic status hearing, and the Court having reasonable cause to believe that the Defendant may be suffering from a mental disease or defect rendering him incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly with his defense, it is this 8th day of February, 2008:

ORDERED, that the defendant be, and hereby is, committed to the custody of the Attorney General pursuant to 18 U.S.C. § 4241 for a period not to exceed 30 days, and that a psychiatric or psychological examination of the defendant be performed. Thereafter a written report shall be filed pursuant to 18 U.S.C. § 4247, which shall include the examiner's opinion as to whether the Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense. Said report is to be filed with the Court within fifteen days after the conclusion of the Defendant's commitment and it is further,

ORDERED, that the defendant be transported from the District of Columbia Jail to the custody of the Attorney General forthwith.

ALAN KAY
UNITED STATES MAGISTRATE JUDGE

