UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, )
      v. )
       )  CR. No. 08-mj-00057 (AK)
ALEKSANDER ALEKSOV, )
      Defendant. )
       )

## ORDER

This matter came before the Court on May 19, 2008, for a competency hearing for Defendant, Aleksander Aleksov, following the April 11, 2008 submission of a Forensic Mental Health Evaluation Report by the Federal Bureau of Prisons, Federal Medical Center, Devens, in Ayer, Massachusetts. Upon careful review of that Report and after hearing the arguments of the Government and Defendant's counsel, as well as Defendant's representations, this Court determined that the Defendant is currently mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist in his defense. Accordingly, it is this 19th day of June, 2008,

ORDERED that the Defendant be, and hereby is, committed to the custody of the Attorney General, pursuant to 18 U.S.C. §4241, for a period not to exceed four months, at which time the Defendant will appear before the undersigned for a status hearing. It is further

ORDERED that the Federal Medical Center designated by the Attorney General shall provide Defendant with appropriate treatment and perform an updated psychiatric or psychological examination of the Defendant and file a report reflecting the results of that examination, pursuant to 18 U.S.C. §4247. Said report is to be provided to the Court on or before October 17, 2008.

_____/s/_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE